### The same *against* Robert Chew.

On judgment for plaintiff in ejectment, the sheriff and cor- oner being members of a corporation which claimed to own the premises in question, and had demised them to the defendant, and defended the action, at their own expense, through their ten- ant, the court appointed elizors to execute the writ of possession.

ELIZORS were appointed to execute the writ of possession in this cause, on affidavit of the facts detailed in the last

cause, touching the interest of the Sheriff and Coroner of *New-York*.

*A. Burr*, for the motion, cited *Co. Litt.* 156, 157. *Bac. Abr. Sheriff*,(*M*)

*M. Ulshoeffer*, contra.

The *Court* said the Sheriff and Coroner had a direct interest(*z*) in the execution of this process, and the motion must, therefore, be granted, without regard to the probable influence which it might have upon them.

Rule accordingly.

(*a*) Substantially they were parties to the cause. (*Wash. Ins. Co. v. Price*, 1 *Hopkins' Chancery Rep.* 1.)